No. 409. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* HOLLAND-AMERICAN LINE. In error to the United States Circuit Court of Appeals for the Second Circuit. Argued October 21, 1914. Decided November 2, 1914. Judgment affirmed by an equally divided court, and cause remanded to the District Court of the United States for the Southern District of New York. *The Attorney General* and *Mr. Assistant Attorney General Wallace* for the plaintiff in error. *Mr. Lucius H. Beers* for the defendant in error.

---

No. 61. ANTONIO MARIA PERALTA ET AL., APPELLANTS, *v.* THE STATE OF CALIFORNIA ET AL. Appeal from the United States Circuit Court of Appeals for the Ninth Circuit. Submitted October 21, 1914. Decided November 2, 1914. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of (1) *Castro* v. *United States*, 3 Wall. 46, 49–50; *Caillot* v. *Deetken*, 113 U. S. 215; *Richardson* v. *Green,* 130 U. S. 104, 111; *Green* v. *Elbert*, 137 U. S. 615, 621; (2) *Villabolos* v. *United States*, 6 How. 81, 90–91; *Hewitt* v. *Filbert*, 116 U. S. 142, 145; *Jacobs* v. *George*, 150 U. S. 415, 417. *Mr. William H. H. Hart* for the appellants. *Mr. J. P. Blair, Mr. C. H. Bates, Mr. A. B. Browne, Mr. E. S. Pillsbury, Mr. A. A. Moore, Mr. Alfred Sutro* and *Mr. Oscar Sutro* for the appellees.